UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61196-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

RICHARD A. ALTOMARE

    Defendant,

_____/

### ENTRY OF JUDGMENT WITH RESPECT TO RICHARD A. ALTOMARE

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Entry of Final Judgment of Permanent Injunction against Defendant Richard A. Altomare [DE 30] ("Motion").  The Court has reviewed the Motion and the record in this case, and is otherwise advised in the premises.  It is accordingly

**ORDERED AND ADJUDGED** that Plaintiff's Motion [DE 30] is **GRANTED**.  The Proposed Order Granting the Motion [DE 30-2] is hereby **APPROVED**, and its terms are **INCORPORATED** herein by reference.

This action is now resolved.  The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of September, 2017.

_James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF